IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01117-AP

LEANNE M. CONTRERAS,

        Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

        For Plaintiff:
        FREDERICK W. NEWALL
        730 N. Weber St., Suite 101
        Colorado Springs, CO 80903
        (719) 633-5211
        (719) 635-6503 (fax)
        newallfrederickw@qwest.net

        For Defendant:
        THOMAS H. KRAUS
        Special Assistant United States Attorney
        1961 Stout Street, Suite 1001A
        Denver, Colorado 80294
        (303) 844-0017
        tom.kraus@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

    A.    **Date Complaint Was Filed:** 05/29/07

    B.    **Date Complaint Was Served on U.S. Attorney's Office:** 06/06/07

    C.    **Date Answer and Administrative Record Were Filed:** 08/06/07

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

To the best of their knowledge, both parties state that the record is complete. However, Plaintiff reserves the right to supplement the record if necessary at the time of the Opening Brief.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

None anticipated.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

This case does not involve unusually complicated or out-of-the-ordinary claims.

## 7. OTHER MATTERS

None.

## 8. PROPOSED BRIEFING SCHEDULE

    A.    **Plaintiff's Opening Brief Due:** 10/11/07

    B.    **Defendant's Response Brief Due:** 11/13/07

    C.    **Plaintiff's Reply Brief (If Any) Due:** 11/27/07

## 9. STATEMENTS REGARDING ORAL ARGUMENT

    A.    **Plaintiff's Statement:** Oral Argument not requested.

    B.    **Defendant's Statement:** Oral Argument not requested.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

     **A.**     **( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

     **B.**     **(X)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.  OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

     DATED this <u>14th</u> day of<u> August </u>, 2007.

                                          BY THE COURT:

                                       *S/John L. Kane*
                                      U.S. DISTRICT COURT JUDGE

APPROVED:

                                            UNITED STATES ATTORNEY

| s/ Frederick W. Newall | s/ Thomas H. Kraus |
|---|---|
| FREDERICK W. NEWALL | By: THOMAS H. KRAUS |
| 730 N. Weber St., Suite 101 | Special Assistant U.S. Attorney |
| Colorado Springs, CO 80903 | 1961 Stout St., Suite 1001A |
| (719) 633-5211 | Denver, Colorado  80294 |
| (719) 635-6503 (fax) | Telephone:  (303) 844-0017 |
| newallfrederickw@qwest.net | tom.kraus@ssa.gov |
| | |
| Attorney for Plaintiff | Attorneys for Defendant |