**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No.:     **07-cv-01117-AP**

**LEANNE CONTRERAS,**

                  Plaintiff,

vs.

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security**,

                  Defendant.

---

**ORDER FOR POWER OF ATTORNEY**
**TO CASH EAJA CHECK**

---

This matter is before the Court on Plaintiff's Unopposed Motion for Power of Attorney to Cash EAJA Check (doc. #17), filed April 25, 2008.  The Motion is **GRANTED**.  It is

**ORDERED** that Counsel for the Plaintiff, Frederick W. Newall, Esq., is authorized to endorse the name of Leanne Contreras, and deposit same, in payment of attorney fees.

DATED at Denver, Colorado, this <u>25th</u> day of April, 2008.

                  BY THE COURT:


                 <u>*S/John L. Kane*</u>
                 THE HONORABLE JOHN L. KANE
                  United States District Court Judge