IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-1117-AP**

**LEANNE M. CONTRERAS,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## ORDER

Kane, J.

This matter is before the court on the Amended Motion for an Award of Attorney Fees Under 42 U.S.C. § 406(b) (doc. #21), filed August 11, 2010**.** The Motion is **GRANTED**. It is

**ORDERED** that the Plaintiff's attorney shall be entitled to receive, from Plaintiff's past due benefits, after subtraction for EAJA fees paid, an additional amount of **$5,409.60** under 42 U.S.C. § 406(b) for representation in this Court.

Dated at Denver, Colorado, this 11th day of August, 2010.

                              BY THE COURT:

                              *S/John L. Kane*
                              JOHN L. KANE, SENIOR JUDGE
                              UNITED STATES DISTRICT COURT